# EXHIBIT D

1  MORGAN, LEWIS & BOCKIUS LLP
   Melinda S. Riechert, Bar No. 65504
2  1400 Page Mill Road
   Palo Alto, California 94304
3  Tel: +1.650.843.4000
   Fax: +1.650.843.4001
4  melinda.riechert@morganlewis.com

5  MORGAN, LEWIS & BOCKIUS LLP
   Amy A. McGeever, Bar No. 296758
6  One Market, Spear Street Tower
   San Francisco, California 94105-1596
7  Tel: +1.415.442.1000
   Fax: +1.415.442.1001
8  amy.mcgeever@morganlewis.com

9  Attorneys for Defendant
   ASTRAZENECA PHARMACEUTICALS, LP
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14  SHERI JEPSEN, an individual,              Case No.

15              Plaintiff,                    **DECLARATION OF RICHARD J. KENNY IN SUPPORT OF DEFENDANT ASTRAZENECA PHARMACEUTICALS, LP'S NOTICE OF REMOVAL**

16        vs.

17  ASTRAZENECA PHARMACEUTICALS, LP,
    a limited partnership; and DOES 1 through 10,
18  inclusive,

19              Defendants.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DECLARATION OF RICHARD J. KENNY
ISO DEFENDANT'S NOTICE OF REMOVAL

## DECLARATION OF RICHARD J. KENNY

I, Richard J. Kenny, hereby declare:

1. I submit this declaration in support of the Notice of Removal of Defendant AstraZenca Pharmaceuticals, LP ("Defendant"). I have been employed by Defendant since approximately and I am currently the Assistant Secretary for the Defendant. As a result of my position, I know the facts in this declaration to be true and if called as a witness, I could and would testify competently under penalty of perjury to the matters set forth in this declaration.

2. As a result of performing my responsibilities I know and understand Defendant's corporate structure, the location and functioning of its corporate headquarters and principal place of business, as well as the location of its officers and senior management.

3. Defendant is, and at all times alleged in the Complaint was, a limited partnership organized and existing under and by virtue of the laws of the State of Delaware. Defendant's principal place of business and headquarters are located at 1800 Concord Pike, Wilmington, Delaware. Delaware is where the majority of Defendant's senior executives are located and the day-to-day control of the business is exercised.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 21 day of October 2020, in Wilmington, Delaware.

_____
Richard J. Kenny