MORGAN, LEWIS & BOCKIUS LLP
Melinda S. Riechert, Bar No. 65504
1400 Page Mill Road
Palo Alto, California 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001
melinda.riechert@morganlewis.com

MORGAN, LEWIS & BOCKIUS LLP
Amy A. McGeever, Bar No. 296758
One Market, Spear Street Tower
San Francisco, California 94105-1596
Tel: +1.415.442.1000
Fax: +1.415.442.1001
amy.mcgeever@morganlewis.com

Attorneys for Defendant
ASTRAZENECA PHARMACEUTICALS, LP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERI JEPSEN, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>ASTRAZENECA PHARMACEUTICALS, LP, a limited partnership; and DOES 1 through 10, inclusive,<br><br>　　　　　　　Defendants. | Case No.  3:20-cv-07428<br><br>**DEFENDANT ASTRAZENECA PHARMACEUTICALS, LP.'S DISCLOSURES OF NON-PARTY ENTITIES OR PERSONS**<br><br>**[F.R.C.P. 7.1, Local Rule 3-15]** |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF AND HER ATTORNEYS OF RECORD:**

Pursuant to Civil Local Rule 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations), or other entities other than the parties themselves known by the party to have either: (i) a financial interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding:

- AstraZeneca Pharmaceuticals, LP

Dated: October 22, 2020                         MORGAN, LEWIS & BOCKIUS LLP

By  /s/ *Melinda S. Riechert*
    Melinda S. Riechert
    Amy A. McGeever

    Attorneys for Defendant
    ASTRAZENECA PHARMACEUTICALS, LP